# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

PAMELA BENTLEY MILLER, DANIEL MILLER,

*Plaintiff*

v.

ANGELA NEWPORT, et al,

*Defendant*

Civil Action No. CV-12-540-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Decided by Judge Whaley on Defendant Feldman's Partial Motion to Dismiss and Motion for Summary Judgment, ECF Nos. 38 and 39 were GRANTED in part; State Defendants' Motion for Summary Judgment, ECF No. 44, was GRANTED; Defendants Harper and John and Jane Doe 1-10 are DISMISSED; and judgment is hereby entered in favor of State Defendants and Defendant Feldman against Plaintiffs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: December 17, 2013

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb